THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| NICHOLE CEYROLLES, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION FILE |
| | *   NO: 2:23-CV-00193-RWS |
| CITY OF HELEN, GEORGIA, | * |
| MICHAEL DAY, | * |
| GRAYLON BRYSON, | * |
| | * |
| Defendants. | * |

## RULE 5.4 CERTIFICATE OF SERVICE
## OF DISCOVERY MATERIALS

Pursuant to Local Rule 5.4, I hereby certify that I have served upon all parties the following:

1) Defendants' First Interrogatories to Plaintiff;

2) Defendants' First Request for Production of Documents to Plaintiff

via email and by depositing a true and correct copy thereof in the United States mail, with sufficient postage affixed thereon to ensure delivery, and properly addressed to counsel of record as follows:

Mr. Brian Spears
Mr. Jeff Filipovits
Mr. Wingo F. Smith
SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave., Suite 865
Decatur, Georgia 30030

*[signatures on following page]*

       Respectfully submitted,

       *s/ Taylor S. Howard*
       AUSTIN L. PERRY
       Georgia Bar No. 577007
       alp@mrdelaw.com

       TAYLOR S. HOWARD
       Georgia Bar No. 849318
       tsh@mrdelaw.com
       *Attorneys for Defendants*

McClure, Ramsay & Dickerson, LLP
P. O. Drawer 1408
Toccoa, Georgia 30577
(office) 706-886-3178
(facsimile) 706-886-1150

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing ***Rule 5.4 Certificate of Service of Discovery Materials*** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants, and mailed a paper copy of the same by the United States Postal Service, first-class, postage prepaid, to parties and counsel of record who are non-CM/ECF participants, properly addressed upon:

Mr. Brian Spears
Mr. Jeff Filipovits
Mr. Wingo F. Smith
SPEARS & FILIPOVITS, LLC
315 W. Ponce de Leon Ave., Suite 865
Decatur, Georgia 30030

This 15th day of November, 2023.

*s/ Taylor S. Howard*
TAYLOR S. HOWARD
Georgia Bar No. 849318